UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE EXTRADITION )
OF ) Misc. No. 05-1609-CBS
BOGDANS HVALEJS )
)
)

## MOTION TO SEAL

The United States of America respectfully moves this Court to seal the complaint, arrest warrant, this motion, any ruling on this motion, and all related paperwork until further order of this Court. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's efforts to apprehend the fugitive.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: January 12, 2005            By: _____
                                        JOHN T. McNEIL
                                        Assistant U.S. Attorney

1-12-05
allowed