UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his

deputies, and to: Essex County House of Correction, 20 Manning Ave, Middleton, MA   YOU ARE COMMANDED to have the body of _____Bogdans Hvalejs_____ now in your custody, before the United States District Court for the District of Massachusetts, John Joseph Moakley Courthouse, Courtroom No. 16 on the 5TH floor, Boston, Massachusetts on July 26, 2005, at 12:15 P.M.

for the purpose of an Initial Appearance in the case of UNITED STATES OF AMERICA V. Bogdans Hvalejs MJ Number 05-1609-CBS

And you are to retain the body of said _____Bogdans Hvalejs_____ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Bogdans Hvalejs to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein. Dated this 25th day of July, 2005.

Charles B. Swartwood, III
CHIEF MAGISTRATE JUDGE

SARAH ALLISON THORNTON, CLERK

By: /s/ Lisa B. Roland
SEAL     Lisa B. Roland (617) 748-4446
Deputy Clerk (508) 929-9905

(Habcorp.wrt - 10/96)   [kwhcap.] or
   [kwhcat.]