UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION )<br>OF )<br>BOGDANS HVALEJS )<br>) | Misc. No. 05-1609-CBS |

### MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the complaint, arrest warrant, this motion, any ruling on this motion, and all related paperwork. In support of this motion, the government states that the fugitive has been taken into custody and there is no longer a need to prevent public disclosure of any of these materials.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: July 26, 2005        By: _____
                               JOHN T. McNEIL
                               Assistant U.S. Attorney

7-26-05
allowed
[signature]