UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 05-1609

UNITED STATES OF AMERICA

v.

BOGDANS HVALEJS

---
**DEFENDANT'S MOTION FOR THE EXPENDITURE OF FUNDS**
---

The defendant, BOGDANS HVALEJS, pursuant to 18 U.S.C. 3006A, requests the Court to authorize the expenditure of funds for a russian interpreter to accompany the lawyer on a visit to Middleton to interview the client. The estimated cost of this service is $395.25. The interpreter will request $225.00 (for a three hour minimum) and $75.00 each additional hour as compensation plus $20.25 in mileage at the federal rate of $ .405. Mr. Hvalejs has already been determined to be indigent and is represented in this matter by appointed counsel.

WHEREFORE, the defendant requests that this motion be granted.


Respectfully Submitted,
BOGDANS HVALEJS
By his attorney,

  /s/ Lenore Glaser                              Dated: August 23, 2005
Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02111
(617) 753-9988
BBO # 194220