UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 05-1609

UNITED STATES OF AMERICA

v.

BOGDANS HVALEJS

**DEFENDANT'S MOTION TO CONTINUE THE STATUS CONFERENCE** [ASSENTED]

The defendant, BOGDANS HVALEJS, pursuant to F.R. Crim. P. 45 , moves this Honorable Court to continue the telephone status conference for September 30,2005 or any subsequent date that is convenient for the Court.  As grounds for this motion, the undersigned counsel states that she needs the assistance of a Russian interpreter to adequately communicate with her client.  The status conference is presently scheduled for September 15, 2005 but the interpreter is not available to go to the prison until September 20th, 2005.  The additional days, after the 20th will be used to discuss the case with the assistant United States attorney and , if needed to return to the prison one more time before the status conference.

WHEREFORE, the defendant moves that this motion be granted.  John McNeil, AUSA has assented to this motion.

Respectfully Submitted,                     Dated: September 12, 2005
BOGDANS HVALEJS
By his attorney,

  /s/ Lenore Glaser                           /s/ John McNeil
Lenore Glaser, Esq.                         John McNeil
25 Kingston Street, 6th Floor               1 Courthouse Way, Suite 900
Boston, MA 02111                            Boston, MA 02210
(617) 753-9988                              (617) 223-3100
BBO # 194220