UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 05-1609

UNITED STATES OF AMERICA

v.

BOGDANS HVALEJS

**JOINT MOTION TO CONTINUE THE STATUS CONFERENCE**]

The defendant, BOGDANS HVALEJS, and the government, pursuant to F.R. Crim. P. 45 , jointly move this Honorable Court to continue the telephone status conference until October 28th, 2005 or any date that is convenient for the Court. Counsel need the additional time to focus the legal issues , if any, that need to be addressed by the Court.

WHEREFORE, the parties request that this motion be allowed, in the interests of justice.


Respectfully Submitted,                     Dated: September30,   2005
BOGDANS HVALEJS
By his attorney,

  /s/ Lenore Glaser                          /s/ John McNeil
Lenore Glaser, Esq.                          John McNeil
25 Kingston Street, 6th Floor                1 Courthouse Way, Suite 900
Boston, MA 02111                             Boston, MA 02210
(617) 753-9988                               (617) 223-3100
BBO # 194220