UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 05-1609

UNITED STATES OF AMERICA

v.

BOGDANS HVALEJS

**DEFENDANT'S SECOND MOTION FOR THE EXPENDITURE OF FUNDS**

The defendant, BOGDANS HVALEJS, pursuant to 18 U.S.C. 3006A, requests the Court to authorize the expenditure of additional funds for a Russian interpreter for telephone calls to his family for a follow-up meeting with the client. The estimated cost of this service will not exceed five hundred dollars ($500.00) at an hourly rate of seventy five dollars ($75.00).

WHEREFORE, the defendant requests that this motion be granted.

Respectfully Submitted,

BOGDANS HVALEJS
By his attorney,

  /s/ Lenore Glaser                              Dated: October 25, 2005
Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02111
(617) 753-9988
BBO # 194220