UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
IN THE MATTER OF THE EXTRADITION    )
                                    )
                                    )
              v.                    )   CRIMINAL ACTION
                                    )   NO. 05-1609-CBS
BOGDANS HVALEJS,                    )
              Defendant,            )
                                    )
```

ORDER
November 2, 2005

**SWARTWOOD, C.M.J.**

I. The Government's Motion To Amend

The Government has filed a Motion To Amend Complaint And Supplement Memorandum: Law Of Extradition (Docket No. 12). Counsel for Mr. Hvalejs shall file a response to that motion by Monday, November 28, 2005.

II. Pre-Hearing Conference

A pre-hearing telephone conference shall be held in this case on November 30, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

III. Extradition Hearing

A hearing on the Government's request for extradition of Mr. Hvalejs shall be held on December 14, 2005, at 2:30 p.m., in

Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE