UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION ) | |
| ) | |
| OF ) | CRIMINAL ACTION |
| ) | NO. 05-1609-CBS |
| BOGDANS HVALEJS ) | |

ORDER
November 30, 2005

SWARTWOOD, C.M.J.

On November 30, 2005, I held a pre-hearing conference with counsel and as a result of that hearing have entered the following pre-hearing order:

1. Counsel for Bogdans Hvalejs ("Mr. Hvalejs") shall file a response to the Government's Motion To Amend Complaint And Supplement Memorandum (Docket No. 12) by December 9, 2005;

2. Counsel for Mr. Hvalejs shall notify counsel for the Government by December 9, 2005 whether or not her client intends to waive his right to an extradition hearing and consent to an Order of Extradition;

3. Counsel for the parties shall serve upon each other and

    file with the Court all documentary evidence they intend to use at the extradition hearing; and

4. An extradition hearing shall be held on December 13, 2005, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE