UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 05-1609

UNITED STATES OF AMERICA

v.

BOGDANS HVALEJS

---

**DEFENDANT'S NON-OPPOSITION TO THE MOTION BY THE GOVERNMENT TO AMEND THE COMPLAINT**

---

The defendant, **BOGDANS HVALEJS**, has no opposition to the government's motion to amend its complaint, by substituting the legal authority for extradition on a charge of simple possession of a controlled substance. He reserves his right to defend against that charge as an extraditable offense as it is applied in his case.


Respectfully Submitted,

BOGDANS HVALEJS
By his attorney,

  /s/ Lenore Glaser                              Dated: December 5, 2005
Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02111
(617) 753-9988
BBO # 194220