UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 05-1609

UNITED STATES OF AMERICA

v.

BOGDANS HVALEJS

**DEFENDANT'S THIRD MOTION FOR THE EXPENDITURE OF FUNDS**

The defendant, BOGDANS HVALEJS, pursuant to 18 U.S.C. 3006A, requests the Court to authorize the expenditure of additional funds for an interpreter to review the translation of the Latvian official documents. The hourly rate of the interpreter is one hundred and fifty dollars per hour ($150.00/hour). There are approximately thirty pages of text so it will probably be no more than five hundred dollars ($500.00).

WHEREFORE, the defendant requests that this motion be granted.

Respectfully Submitted,

BOGDANS HVALEJS
By his attorney,

  /s/ Lenore Glaser                              Dated: December 6, 2005
Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02111
(617) 753-9988
BBO # 194220