UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MISC. NO. : 05-1609-CBS

UNITED STATES OF AMERICA

v.

BOGDANS HVALEJS

**REPORT TO THE COURT CONCERNING THE EXTRADITION TREATIES**

The defendant, Bogdans Hvalejs, through his attorney, reports to this Court that the Extradition Treaty between Latvia and the United States entered into force on March 1, 1924 [43 Stat. 1738] as amended on March 29, 1935 [49 Stat. 3131], continues in full force and effect. Accordingly, no further extension of time is needed, and the defendant will submit no additional arguments on this point.

Respectfully Submitted,

__/s/ Lenore Glaser_____        Dated: December 22, 2005
Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02111
(617) 753-9988
BBO # 194220