UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 05-1609

UNITED STATES OF AMERICA

v.

BOGDANS HVALEJS

**DEFENDANT'S MOTION *NUNC PRO TUNC* FOR ADDITIONAL FUNDS FOR THE RUSSIAN INTERPRETER**

The defendant, BOGDANS HVALEJS, pursuant to 18 U.S.C. § 3006A, requests authorization to spend five hundred ($ 500.00) additional dollars *nunc pro tunc*, to cover the costs of the review of the documents. In an earlier motion, this Court authorized the payment of five hundred dollars ($ 500.00) at one hundred and fifty dollars per hour ($150.00). (See Docket No. 16). The interpreter spent an additional 3.3 hours as some of the documents are in Latvian as well as Russian.

WHEREFORE, the defendant prays this Court to grant the motion *nunc pro tunc*.

Respectfully Submitted,

BOGDANS HVALEJS
By his attorney,

  /s/ Lenore Glaser                              Dated: December 30, 2005
Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02111
(617) 753-9988
BBO # 194220