AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 JUL 13 P 3:04
U.S. DISTRICT COURT
DISTRICT OF MASS

WARRANT FOR ARREST

IN RE EXTRADITION OF BOGDANS HVALEJS

CASE NUMBER: 05-1609-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __BOGDANS HVALEJS__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

for an
EXTRADITION SURRENDER

RECEIVED
2005 JAN 12 A 11:0
U.S. MARSHAL SERVICE
BOSTON, MA

pursuant to
Title __18__ United States Code, Section(s) __3184__

CHARLES B. SWARTWOOD, III                CHIEF UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                       Title of Issuing Officer

[signature]                                    1/12/05 @ Boston, MA
Signature of Issuing Officer                   Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ WARRANT EXECUTED BY [signature] 2/14/05 ARREST/ARRAIGNMENT OF THE DEFENDANT ON |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.